IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

REGINALD BOYER                         :
    *Plaintiff*,
                                                          CIVIL ACTION
                                                          NO. 17-5353
v.                                     :

AKER PHILADELPHIA SHIPYARD, INC.
    *Defendant*.                     :

## ORDER

**AND NOW**, this 27th day of March, 2019, upon consideration of :Defendant's Motion for Summary Judgment (ECF No. 41); Plaintiff's Cross-Motion for Summary Judgment (ECF No. 64); and, Defendant's Response and Reply to Plaintiff's Motion (ECF Nos. 65, 66), it is hereby **ORDERED** as follows:

1. Defendant's Motion for Summary Judgment (ECF No. 41) is GRANTED;

2. Plaintiff's Cross-Motion for Summary Judgment (ECF No. 64) is DENIED with prejudice; and,

3. The Clerk of Court shall mark this matter CLOSED.

                                                          BY THE COURT:

                                                          /s/ C. Darnell Jones, II   J.